**Order entered January 25, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00044-CV

## IN THE INTEREST OF C.P., A CHILD

**On Appeal from the 469th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 469-30012-2018**

## ORDER

Before the Court is appellant's January 14, 2019 unopposed motion for an extension of time to file a notice of appeal. We **GRANT** the motion. The notice of appeal filed in the trial court on January 10, 2019 is deemed timely for jurisdictional purposes.

This accelerated appeal involves the termination of appellant's parental rights. The appellate record is overdue. The district clerk and court reporter have informed the Court that they have not filed their respective records due to nonpayment. On January 22nd, appellant filed a motion to extend the time to file the clerk's and reporter's records. Appellant explains in the motion that she filed an affidavit of indigency in the trial court on February 5, 2018. Texas Rule of Civil Procedure 145 provides that "[a] party who files a Statement of Inability to Afford Payment of Court Costs cannot be required to pay costs except by order of the court[.]" *See* TEX. R. CIV. P. 145. Because nothing before this Court reflects the trial court has ordered appellant to

pay costs, we **GRANT** the motion to the extent that we **ORDER** the clerk's and reporter's records be filed no later than **February 5, 2019**.

Also before the Court is appellant's January 22nd motion for an extension of time to remit this Court's filing fee. In light of appellant's affidavit of indigence, we **DENY** the motion as moot.

We **DIRECT** the Clerk of this Court to send a copy of this order to Lynne Finley, Collin County District Clerk, Stephanie Hunn, Official Court Reporter for the 469th Judicial District Court, and all parties.

/s/    BILL WHITEHILL
       JUSTICE